**Torreulla LEWIS, Petitioner—Appellant,**

v.

**B.A. BLEDSOE, Warden, Respondent—Appellee.**

No. 06–6057.

United States Court of Appeals, Fourth Circuit.

Submitted: March 23, 2006.

Decided: March 30, 2006.

Torreulla Lewis, Appellant Pro Se. Thomas Linn Eckert, Assistant United States Attorney, Roanoke, Virginia, for Appellee.

Before WILKINSON, LUTTIG, and WILLIAMS, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Torreulla Lewis appeals the district court's order denying relief on his petition filed under 28 U.S.C. § 2241 (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Lewis v. Bledsoe,* No. CA–05–506–JLK (W.D.Va. Dec. 2, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*